IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Petitioner,<br><br>v.<br><br>RICHARD EBERT, JR.,<br><br>Respondent. | Case No. 10-CV-297 |

**ORDER TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS**

A copy of the petition and order to show cause having been served on respondent on June 29, 2010, and the respondent having failed to file a written response to the petition by August 4, 2010, which is five business days prior to the show cause hearing,

IT IS HEREBY ORDERED that the respondent appear before Revenue Officer Deborah Karwacki or designee at a time and place to be agreed upon mutually for the purpose of giving testimony concerning the tax liabilities of Richard Ebert, Jr. for the taxable periods ending, December 31, 2005, June 30, 2006, and December 31, 2007, and then and there produce for examination and/or photostatic copying or other mechanical means of reproduction, the following:

> All records and documents specified in the Internal Revenue Service summons served upon respondent on March 4, 2010.

The examination shall continue from day to day until completed.

In the event the Revenue Officer and the respondent cannot agree mutually upon a time and place, then the respondent is ordered to appear at the office of Deborah Karwacki, N14 W24200 Tower Place, Suite 202, Waukesha, Wisconsin 53188, telephone number 262/513-3596, at a time designated by the Revenue Officer, notice of said time and place to be given to the respondent by means of a certified letter mailed to the respondent at his or her last known business address at least ten (10) days prior to the date set by the Revenue Officer or his or her designee.

Dated this 5th day of August 2010.

WILLIAM M. CONLEY
United States District Judge